544 A.2d 447

COMMONWEALTH of Pennsylvania ex rel. M. Russell BUCHANAN, Petitioner,

v.

District Justice Edward VERBONITZ and the District Attorney of Luzerne County, Respondents.

Supreme Court of Pennsylvania.

Submitted April 15, 1988.

Decided July 28, 1988.

Frank W. Nocito, Wilkes–Barre, for petitioner.

Bernard A. Podcasy, Dist. Atty., LeRoy S. Zimmerman, Atty. Gen., for respondents.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER OF COURT

PER CURIAM.

AND NOW, this *28th* day of July, 1988, the Petition for Review having been improvidently granted since jurisdiction lies with the Superior Court and pursuant to Pa.R.A.P. 751, the record in this matter is transferred to the Superior Court for full disposition.